IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

Francis A. Oxner,

    PLAINTIFF

v.

Lexing[ton] [County] Deten[t]ion Center,

    DEFENDANT

C/A No. 3:14-cv-00007-TLW

**Order**

    Plaintiff Francis A. Oxner, proceeding *pro se* and *in forma pauperis*, filed this civil action pursuant to 28 U.S.C. § 1983. (Doc. #1.) The matter now comes before the Court for review of the Report and Recommendation (Report) filed on March 6, 2014 by Magistrate Judge Paige J. Gossett, to whom this case was assigned. (Doc. #10.) In the Report, the Magistrate Judge recommends summarily dismissing this action without prejudice. Objections to the Report were due March 24, 2014. Plaintiff did not file any objections to the Report.

    The Court is charged with conducting a *de novo* review of any portion of the Report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that Report. 28 U.S.C. § 636. In the absence of objections to the Report, the Court is not required to give any explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 200 (4th Cir. 1983).

    The Court has carefully reviewed the Report. For the reasons stated by the Magistrate Judge, the Report is **ACCEPTED** and Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

1

**IT IS SO ORDERED**.

                                                  *s/ Terry L. Wooten*
                                                  Terry L. Wooten
                                                  Chief United States District Judge

April 28, 2014
Columbia, South Carolina